**AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH**

Case No. 1:09cv543

Commonwealth of Virginia

United States District Court for the Eastern District of Virginia Alexandria Division

| Mauricio Calquin | v. | Doodycalls Fairfax VA LLC |
|---|---|---|
| 5913 Havenrehouse Way | | 5 Burke Court |
| Centreville, VA 20120 | | Palmyra, VA 22963 |

AUG - 7 2009

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: ☒ Summons and Complaint   ☐ Notice

I, the undersigned Affiant, state under oath that
☒ the above-named defendant
whose last known address is ☒ same as above ☐

1. ☐ is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).
2. ☒ is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK)

_____ is the hearing date and time on the attached process or notice.

7/31/09
DATE

/s/ Nils Peterson

☐ PARTY  ☒ PARTY'S ATTORNEY  ☐ PARTY'S AGENT  ☐ PARTY'S REGULAR AND *BONA FIDE* EMPLOYEE

State of Virginia   ☐ City ☒ County of Arlington

Acknowledged, subscribed and sworn to before me this day by Nils Peterson

7/31/09
DATE

/s/ William H. Rhodes

☐ CLERK  ☐ MAGISTRATE  ☒ NOTARY PUBLIC

Notary Registration No. _____ My commission expires _____

WILLIAM H. RHODES
Notary Public
Commonwealth of Virginia
106976
My Commission Expires Jul 31, 2009

☒ Verification of the date of filing of the certificate of compliance is requested and a self-addressed stamped envelope is provided.

NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE THAT THE CERTIFICATE OF COMPLIANCE IS FILED WITH THE ABOVE-NAMED COURT.

**CERTIFICATE OF COMPLIANCE**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On AUG 0 3 2009, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.
2. On AUG 0 4 2009, papers described in the Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED
BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM CC-1418 (MASTER, PAGE ONE OF TWO) 11/07
VA. CODE §§ 8.01-301, -310, -329; 55-218.1; 57-51

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA

Alexandria Division

Mauricio Calquin

V.

Doodycalls Fairfax VA LLC, et al.

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:09cv543

TO: (Name and address of Defendant)
Doodycalls Fairfax VA LLC
Serve: Jacob D'Aniello, Registered Agent
5 Burke Court
Palmyra, VA 22963

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nils Peterson
2009 N. 14th Street, Suite 708
Arlington, VA 22201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk
CLERK

DATE July 27, 2009

_Tina L. Fitzgerald_
(By) DEPUTY CLERK